CLeRK. Debra K. Autrey.
BI- State Justice Building
100 North State Line Avenue #20
TexArKana. TX 75501.

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

January 28. 2015.
FILED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Appellate Case Number: 06-14-00086-cr.
Trial Court case Number 29,236.

Dear. CleRK:

My Name is MARK, A. Young. My Attorney Jason A. Duff filed A Enclosed Motion to withdraw. I'm Request Additional Time To filed my PRO SE BRIEF from the Court of Appeals in TexARKana. I donot have my Transcription to filed This BRIef from The Courts.

Thank You for your Time.

Awaiting your Response.
MARK Anthony Young. # 01929961.#
Michael Unit
2664 f.M. 2054.
Tennessee, Colony. TX 75886.